**Andre Verlin Anderson**
O I D  No.:      224372
M C F  –  Lino  Lakes
7525  Fourth  Avenue
Lino Lakes, MN 55014

RECEIVED
BY MAIL
DEC 2 6 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

December 20, 2019

**Honorable Franklin L. Noel**
United States District Court
District of Minnesota
United States Courthouse
300 South Fourth Street – Suite 202
Minneapolis, MN 55415

**RE:** Anderson v. Janssen; Case No.: 0:17-cv-04480-WMW-FLN

Dear Honorable Franklin L. Noel,

I am writing you with a threefold purpose. First of all, I would like to thank you for your Report and Recommendation that you issued on August 9, 2018 in the above-named case in which you recommended granting my petition for writ of habeas corpus. It was an encouragement to me in my long five year legal battle to get a win after my wrongful conviction. As you may know the District Court flipped your R&R and denied my petition. I filed for a COA and I was also denied. I then appealed to the Eighth Circuit Court of Appeals and again was denied. I finally filed a writ of certiorari with the U.S. Supreme Court, dkt.# 19-6515, which was ultimately denied on December 9, 2019.

Secondly, I would like to ask you if you think there is any chance to receive a pardon from the Minnesota Board of Pardons based on your review of my case?

Thirdly, if you think there is a chance for me to receive a pardon, would you be willing to speak in support of my application at the pardon review hearing? I believe that this the last opportunity I will have to present my innocence unless new evidence is brought forward.

I understand that you have retired and I hope it is going well for you and your family. I would like to wish you and your family a Merry Christmas and hope you have many happy years of retirement. I look forward to hearing from you.

Respectfully,

Andre Anderson

Andre Verlin Anderson

SCANNED
DEC 27 2019
U.S. DISTRICT COURT MPLS

SCANNED
DEC 26 2019
U.S. DISTRICT COURT MPLS